Filing # 256522 / 25CV001101 / CONDON, PATRICK J.
Lake Co Common Pleas Court, Clerk Carl DiFranco 06/20/2025 09:54 AM

**IN THE COURT OF THE COMMON PLEAS**
**LAKE COUNTY, OHIO**

| | |
|---|---|
| **CYNTHIA SPRINGER,**<br>**31620 N Marginal Dr, Unit D**<br>**Willowick, OH 44095** | |
| **Plaintiff,** | **Case No:** |
| **v.** | **Judge:** |
| **LOWES HOME CENTERS, LLC.**<br>**Registered Agent: Corporation Service Company**<br>**1160 Dublin Road**<br>**Suite 400**<br>**Columbus, Ohio 43215** | **PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES**<br><br>**DEMAND FOR JURY TRIAL** |
| **and** | |
| **JOHN DOE(S) 1-3 and ABC CORP(S) 1-3,** | |
| **Defendants.** | |

**NOW COMES,** Cynthia Springer, the above-styled Plaintiff and shows the Court the following facts and circumstances in support of this Complaint.

**PARTIES AND JURISDICTION**

1. Plaintiff is a resident of Willowick, Lake County, Ohio and is subject to the

jurisdiction of this Court.

2. Lowes Home Centers, LLC (hereinafter, "Defendant"), is a Domestic Limited Liability Company d/b/a Lowes Home Improvement and can be served with a Summons and Plaintiff's Complaint for Personal Injuries, through its Registered Agent, Corporation Service Company, 1160 Dublin Road, Suite 400, Columbus, Franklin County, Ohio 43215.

3. Defendant John Doe(s) 1-3 are employees who are unidentified and unknown at this time but will be substituted upon the identification of such employee(s).

4. Should it be determined that another corporation(s) was an at-fault party, Plaintiff hereby names Defendant ABC Corporation(s) 1-3. The identity of Defendant ABC Corporation(s) 1-3 is unknown at this time.

5. Jurisdiction and venue are proper in this Court as Defendants own and/or operates the Lowes located at 36300 Euclid Ave, Willoughby, Lake County, OH 44094.

## BACKGROUND

6. On or about June 30, 2023, Plaintiff was a customer and an invitee at the Lowes owned by Defendant located at 36300 Euclid Ave, Willoughby, Lake County, OH 44094.

7. While on Defendant's premises as an invitee, Plaintiff was shopping when she tripped and fell over a bag of stones in the aisle, directly and proximately causing Plaintiff to fall and cause injury to her neck, and back.

8. At all times relevant, Defendants owned and operated the premises located at 36300 Euclid Ave, Willoughby, Lake County, OH 44094.

9. At all times relevant, Defendants, Defendant ABC Corporation and Defendant Doe had a duty to ensure that premises and approaches were safe.

10. Defendants owed a duty of care to Plaintiff and breached that duty of care causing Plaintiff's injuries.

11. Defendant had non-delegable duty to maintain safe premises to the Plaintiff and breached this duty.

12. The hazard presented by the bag of stones in the aisle caused the Plaintiff's injuries.

## COUNT I - NEGLIGENCE

13. Paragraphs 1 through 12 above are incorporated by reference as if set forth fully herein.

14. The bag of stones in the aisle constituted a hazardous, dangerous, and unsafe condition.

15. On or about June 30, 2023, the Defendant did not take any action to rectify this dangerous condition, or to keep invitees from passing over the area where the stones were, or to alert visitors of the dangerous condition, prior to the time that the Plaintiff was injured despite having actual and/or constructive knowledge of the hazardous condition.

16. There were no cones or other warnings, such as an out of service sign in the area at the time of the fall.

17. Defendant and its agents and employees on or around June 30, 2023 were negligent in failing to properly inspect the area where the incident occurred, in failing to remove the hazard from the area, in failing to take adequate measures to protect invitees from unreasonably dangerous conditions and in failing to keep premises safe for invitees.

18. At all times relevant to this action, the individuals responsible for inspecting, cleaning, and maintaining the area where Plaintiff was injured were employed by Defendants and were acting within the scope of their employment.

19. All times herein mentioned, Defendants were in control and custody of said property.

20. Defendants are responsible for the conduct of these individuals under the doctrine

of *respondeat superior,* agency or apparent agency.

21. Defendants were negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning, maintenance were performed on the premises, and in failing to train their employees concerning safety procedures for inspection, cleaning and maintain the premises.

22. Defendants were negligent in training and supervising their staff.

23. Plaintiff lacked knowledge of the hazard despite his exercise of ordinary care.

24. As a direct result of Defendants' negligent conduct, Plaintiff incurred substantial and objective injuries requiring medical treatment.

**COUNT II – DAMAGES**

25. Paragraphs 1 through 24 above are incorporated by reference as if set forth fully herein.

26. As a direct, sole, and proximate result of the recklessness, carelessness, and negligence of the Defendant, Plaintiff has:

(a) Suffered serious, painful, and permanent bodily injuries, great physical pain and mental anguish, severe emotional distress, and loss of the capacity for the enjoyment of life;

(b) Has and will be required to undergo medical treatment and incur medical costs and expenses in excess of $25,000.00 to alleviate said injuries, pain, and suffering;

(c) Has and will be precluded from engaging in normal activities and pursuits, including a loss of the ability to earn money;

(d) Otherwise was hurt, injured, and caused to sustain losses; and

(e) All of the Plaintiff's losses were, are, and will be due solely to and by reason of the recklessness, carelessness, and negligence of the Defendant, without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, under Count I, Plaintiff demand judgment against Defendants Lowes Home Centers, LLC. and/or John Doe and/or ABC Corporation, jointly and severally, for damages in an amount greater than twenty-five thousand dollars ($25,000.00), plus interest and costs, with fees and costs to Defendant.

**JURY DEMAND**

Now comes Plaintiff, by and through counsel, and demands a jury of eight (8) to hear the within cause.

This the 20th day of June, 2025

Respectfully submitted,

**MONGE & ASSOCIATES**

*/s/ Victoria Holcomb*
Victoria Holcomb (#0102080)
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(380) 242-2579 telephone
(678) 579-0204 facsimile
Email: Victoria.holcomb@monge.lawyer
*Attorney for Plaintiff Cynthia Springer*